**Order entered February 13, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01629-CV

## IN THE INTEREST OF I.C.G., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-07-00258-T**

## ORDER

Before the Court is appellant, Cyrus Gates' February 11, 2015, motion for enlargement of time to file brief and brief. We **GRANT** appellant's motion and consider his brief received on February 11, 2015, properly before the Court.

/s/     CRAIG STODDART
         JUSTICE